UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donna Bulris,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　Civil Action No.
　　　　　　　　　　　　　　　　　)
United States of America *et al.*,　)
　　　　　　　　　　　　　　　　　)　13-892
　　　　Defendants.　　　　　　　　)
_____)

**FILED**
JUN 14 2013
Clerk, U.S. District and
Bankruptcy Courts

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff lists her address as a women's shelter in the District of Columbia. She purports to sue the United States and the New York State Police apparently for "manslaughter . . . kidnapping or child stealing, [theft,] fraud, malpractice . . . [and] discrimination." Compl. at 1. The prolix "Complaint" consists of disjointed statements that fail to provide any notice of a claim and a basis for federal court jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June 6th, 2013

United States District Judge